1   RICHARD F. HOLLEY, ESQ.
    Nevada Bar No. 3077
2   OGONNA M. ATAMOH, ESQ.
    Nevada Bar No. 7589
3   SANTORO, DRIGGS, WALCH,
    KEARNEY, HOLLEY & THOMPSON
4   400 South Fourth Street, Third Floor
    Las Vegas, Nevada 89101
5   Telephone:    702/791-0308

6   *Attorneys for Vegas Sereno, LLC*

7
                    **UNITED STATES DISTRICT COURT**
8
                        **DISTRICT OF NEVADA**
9

10  VEGAS SERENO, LLC, a Nevada limited
    liability company,

11                      Plaintiff,                  CASE NO.:    2:10-cv-00423-JCM-PAL

12          v.                                      **ORDER GRANTING MOTION FOR
                                                    DEFAULT JUDGMENT**
13  PATRICK HIGGINS, an individual; LUIS
    OROZCO MADRID, an individual; RICHARD
14  THOMAS HABIB, an individual; DOES I
    through X, inclusive; and ROE
15  CORPORATIONS I through X, inclusive,

16                      Defendants.

17

18          THIS MATTER having come before the Court pursuant to Plaintiff's Motion for Default

19  Judgment Against Luis Orozco Madrid and Richard Thomas Habib [Dkt. No. 18] ("Motion for

20  Default Judgment"), the Court having reviewed the pleadings and papers submitted in support

21  thereof, there being no opposition to the Motion for Default Judgment and the Court having

22  issued an Order [Dkt. No. 20] on November 12, 2010, directing Plaintiff to prepare an

23  appropriate Order granting the Motion for Default Judgment, and good cause appearing

24  therefore:

25          IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED

26  in its entirety;

27  . . .

28  . . .

- 1 -

07319-01/668333.doc

1  IT IS FURTHER ORDERED that a judgment shall be entered in favor of Plaintiff and

2  against LUIS OROZCO MADRID and RICHARD THOMAS HABIB, jointly and severally,

3  upon a determination of the motion for attorney's fees and costs;

4  IT IS FURTHER ORDERED that Plaintiff shall file its motion for attorney's fees and

5  costs incurred in this action, supporting affidavit and supporting exhibits within fourteen (14)

6  days of entry of this Order Granting Default Judgment, in accordance with L.R. 54-16; and

7  IT IS FURTHER ORDERED that Plaintiff is entitled to recovery of post-judgment fees

8  and costs associated collection efforts against Defendants LUIS OROZCO MADRID and

9  RICHARD THOMAS HABIB.

10  IT IS SO ORDERED.

11  DATED _____November 24_____, 2010.

12

13  UNITED STATES DISTRICT COURT JUDGE

14

15  PREPARED AND SUBMITTED BY:

16  **SANTORO, DRIGGS, WALCH,**
**KEARNEY, HOLLEY & THOMPSON**

17

18  RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077

19  OGONNA M. ATAMOH, ESQ.
Nevada Bar No. 7589

20  400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

21  *Attorneys for Vegas Sereno, LLC*

22

23

24

25

26

27

28

- 2 -

07319-01/668333.doc