**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VEGAS SERENO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK HIGGINS, et al.,<br><br>Defendants. | 2:10-CV-423 JCM (PAL) |

**ORDER**

Whereas the November 24, 2010, order of default judgment (doc. #23) is superfluous in light of this court's having already granted plaintiff's motion for default judgment (doc. #20),

And whereas this court has notified counsel that an appropriate judgment order should be prepared following resolution of the pending issue regarding attorney's fees and costs,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the November 24, 2010, order of default judgment in favor of Vegas Sereno, LCC, against Luis Orozco Madrid and Richard Thomas Habib (doc. #23) is hereby VACATED.

DATED December 1, 2010.

James C. Mahan

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**