# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VEGAS SERENO, LLC,

       Plaintiff,

v.

PATRICK HIGGINS, et al.,

       Defendants.

2:10-CV-423 JCM (PAL)

## ORDER

Presently before the court is plaintiff Vegas Sereno's motion for attorneys fees. (Doc. #25). To date, no response has been filed.

Pursuant to Federal Rule of Civil Procedure 54(d)(2), "[a] claim for attorney's fees and related nontaxable expenses must be made by motion unless the substantive law requires those fees to be proved at trial as an element of damages." The motion must contain a brief summary of: the nature of the case; the difficulty of the case; the results obtained and the amount involved; the time and labor required; the novelty and difficulty of the questions involved; the skill requisite to perform the legal service properly; the preclusion of other employment by the attorney due to acceptance of the case; the customary fee; whether the fee is fixed or contingent; the time limitations imposed by the client or the circumstances; the experience, reputation, and ability of the attorney(s); the undesirability of the case, if any; the nature and length of the professional relationship with the client; awards in similar cases; and such other information as the court may direct. LR 54-16.

In addition to these requirements, each motion must be accompanied by an affidavit from the attorney responsible for the billings in the case containing the following: authentication of the

**James C. Mahan**
**U.S. District Judge**

1  information in the motion; a statement of the amount usually charged by the firm for costs; a
2  statement setting forth the hourly rates usually charged for similar services; a statement that the bill
3  has been reviewed and edited; and a statement that the fees and costs are reasonable. *Id.*
4      The court finds that the filed motion (doc. #25) and attached affidavit (doc. #25, ex. A) have
5  substantially complied with the requirements of Federal Rule of Civil Procedure 54(d)and Local
6  Rule of Civil Procedure 54-16. Additionally, the court finds that the award of fees and costs
7  comports with the agreement between the parties, memorialized at paragraph fifteen of the
8  promissory note. (Doc. #18).
9      Accordingly,
10      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for
11  attorney's fees (doc. #25) is GRANTED.
12      DATED January 12, 2011.

                /s/ James C. Mahan
            **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**