RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
OGONNA M. ATAMOH, ESQ.
Nevada Bar No. 7589.
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
*Attorney(s) for Vegas Sereno, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VEGAS SERENO, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK HIGGINS, an individual; LUIS OROZCO MADRID, an individual; RICHARD THOMAS HABIB, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:10-cv-00423-JCM-GWF<br><br>**JUDGMENT AGAINST DEFENDANTS LUIS OROZCO MADRID AND RICHARD THOMAS HABIB** |

Pursuant to Plaintiff's Motion for Default Judgment Against Luis Orozco Madrid and Richard Thomas Habib ("Motion for Default Judgment") filed on October 7, 2010 [Dkt. No. 18], the Order entered on November 12, 2010 [Dkt. No. 20] granting Plaintiff's Motion for Default Judgment, Plaintiff's Motion for Attorney's Fees filed on December 7, 2010 [Dkt. No. 25], and the Order entered on January 12, 2011 [Dkt. No. 29] granting Plaintiff's Motion for Attorney's Fees,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment be entered in favor of Plaintiff Vegas Sereno, LLC and against Defendants Luis Orozco Madrid and Richard Thomas Habib in the total amount of $3,334,872.10, consisting of the principal balance in the amount of $3,018,354.94, plus accrued interest in the amount of $235,854.96 which interest continues to accrue at a rate of eighteen percent (18%) per annum, or $1,369.68 per diem, late charges in the

07319-01/687598.doc

1    amount of $43,413.50, legal fees in the amount of $34,620.50 and costs in the amount of

2    $2,628.20.

3         IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff is entitled to recovery of

4    post-judgment interest at a rate of 18% per annum, or $1,369.68 per diem, on the principal

5    balance; and

6         IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff is entitled to recovery of

7    any post-judgment fees and costs incurred in the enforcement of this Judgment

8

9    Dated this ___24th___ day of January, 2011.

10

11                          UNITED STATES DISTRICT JUDGE.

12

13    Prepared and Submitted By:

14    **SANTORO, DRIGGS, WALCH,**
      **KEARNEY, HOLLEY & THOMPSON**

15

16    RICHARD F. HOLLEY, ESQ.
     Nevada Bar No. 3077

17    OGONNA M. ATAMOH, ESQ.
     Nevada Bar No. 7589

18    400 South Fourth Street, Third Floor
     Las Vegas, Nevada 89101

19    *Attorneys for Vegas Sereno, LLC*

20

21

22

23

24

25

26

27

28

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

SDW

07319-01/687598.doc