UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VEGAS SERENO, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>PATRICK HIGGINS, et al.,<br><br>                Defendants. | 2:10-CV-423 JCM (PAL) |

**ORDER**

Presently before the court is the matter of *Vegas Sereno, LLC v. Higgins, et. al.*, case number 2:10-cv-00423-JCM-GWF.  The only remaining claims in this action are the cross-claims of cross-claimant Patrick Higgins.

On January 26, 2011, this court issued a minute order directing cross-claimaint to submit a status report by February 9, 2011, regarding the status of the cross-claims. *See* dkt. #35.  The minute order warned that "[f]ailure to comply shall result in dismissal of the remaining claims." *Id.*

To date, no status report has been filed.  Further, the cross-claimant has failed to prosecute his case, as the court's docket reflects that no action has been taken in this case since February 23, 2011.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the remaining claims in

3 this action be, and the same hereby are, DISMISSED.

4    The clerk shall enter judgment accordingly and close the case.

5    DATED December 8, 2011.

            *[signature: James C. Mahan]*
            **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**