# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VEGAS SERENO, LLC,

    Plaintiff,

v.

PATRICK HIGGINS, et al.,

    Defendants.

2:10-CV-423 JCM (PAL)

# ORDER

Presently before the court is the matter of *Vegas Sereno, LLC v. Higgins, et. al.*, case number 2:10-cv-00423-JCM-GWF. The only remaining claims in this action are the cross-claims of cross-claimant Patrick Higgins.

On January 26, 2011, this court issued a minute order directing cross-claimaint to submit a status report by February 9, 2011, regarding the status of the cross-claims. *See* dkt. #35. The minute order warned that "[f]ailure to comply shall result in dismissal of the remaining claims." *Id.*

To date, no status report has been filed. Further, the cross-claimant has failed to prosecute his case, as the court's docket reflects that no action has been taken in this case since February 23, 2011.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the remaining claims in

3  this action be, and the same hereby are, DISMISSED.

4  The clerk shall enter judgment accordingly and close the case.

5  DATED December 8, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -